AMANDA F. MASON, APPELLANT, v. AUSTIN L. WELLS,
RESPONDENT.

*Non-joinder of parties.*

The non-joinder of a person jointly liable with a defendant in an action, may be
set up in an answer, and is, if established when so set up, a perfect defense to
such action.*

APPEAL from a judgment, entered on the report of a referee
directing a dismissal of the complaint.

The action was based upon the alleged neglect on the part of the
defendant, to keep renewed and continued in life and force, certain
policies of insurance upon the plaintiff's house, which was consumed
by fire. The answer stated, and the referee found, that at the times
mentioned in the complaint, the defendant and one Thomas M.
Knight were copartners in the insurance business, and that Knight
was jointly interested with the defendant in all his insurance
business.

*H. C. Kingsbury*, for the appellant

*C. D. Murray*, for the respondent.

Opinion by SMITH, P. J.

Present — E. D. SMITH, P. J., GILBERT and TALCOTT, JJ.

Judgment affirmed.